# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA LOPEZ et al., | No. ED CV 07-00570 SGL (OPx) |
| Plaintiffs, | [~~PROPOSED~~] ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT |
| vs. | |
| COUNTY OF RIVERSIDE, et al, | |
| Defendants. | |

The court, having considered plaintiff's motion and finding good cause therefor,

grants the petition of Sally Lopez, as Guardian Ad-Litem, to deposit funds in a blocked account. The court orders money that belongs to Robert Lopez be deposited in an interesting-bearing, federally insured blocked account or accounts.

The total amount authorized for deposit, including any accrued interest is $6,446.70. The blocked account or accounts belong to a minor. The minor was born on November 26, 1994.

No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository,

| | |
|---|---|
| 1 | without further order of this Court, is authorized and directed to pay by check or |
| 2 | draft directly to the former minor, upon proper demand, all moneys including |
| 3 | interest deposited under this order. The money on deposit is not subject to |
| 4 | escheat. |
| 5 |     The petitioner and the petitioner's attorney, if any, shall deliver a copy of |
| 6 | this order to each depository in which funds are deposited under this order. The |
| 7 | depository's acknowledgment of receipt of the order and the funds shall be filed |
| 8 | with this court within 15 days of deposit. |

Date: 10-6-08.

_____
United States District Judge

Presented by:

_____

James S. Muller
LAW OFFICES OF JAMES S. MULLER
3435 Wilshire Blvd., Suite 2900
Los Angeles, California 90010-2015
Telephone: (213) 381-3299
Fax: (213) 381-3581
Attorney for Plaintiffs