JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA LOPEZ et al., | No. ED CV 07-00570 SGL (OPx) |
| Plaintiffs, | [~~PROPOSED~~] ORDER APPROVING MINOR'S COMPROMISE |
| vs. | |
| COUNTY OF RIVERSIDE, et al, | |
| Defendants. | |

The court, having considered plaintiffs' motion and finding good cause therefor,

The minor's compromise is hereby approved. The minor's share of the settlement proceeds of $10,535 are to be distributed as follows:

1.  The sum of $6,446.70 is to be placed in a blocked account on behalf of the

//
//
//
//
//
//
//
//

-1-

minor, Robert Lopez and may be accessed only by order of this court;

2. The sum of $2,633.75 is allocated to attorney's fees;

3. The sum of $1,454.55 is allocated for costs to be reimbursed to attorneys;

IT IS SO ORDERED.

DATED: 10-6-08

_____
United States District Judge

Presented by:

_____
James S. Muller
LAW OFFICES OF JAMES S. MULLER
3435 Wilshire Blvd., Suite 2900
Los Angeles, California 90010-2015
Telephone: (213) 381-3299
Fax: (213) 381-3581

Attorney for Plaintiffs