Arthur K. Cunningham, SB# 97506
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Email: akcatty@lbbslaw.com
650 East Hospitality Lane
Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138

Attorneys for Defendants,
COUNTY OF RIVERSIDE, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LOPEZ, etc., et al., | CASE NO. ED CV 07-00570 SGL (OPx) |
| Plaintiffs, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL OF ENTIRE ACTION** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants., | |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, it is ordered:

1. That this entire action is dismissed with prejudice.

2. All parties shall bear their own costs and attorneys' fees (including but not limited to such fees recoverable pursuant to California and Federal law, and including but not limited to fees pursuant to 42 USC § 1988).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Date: March 18, 2009

_____
Hon. Stephen G. Larson,
United States District Judge

4828-1675-9299.1

-1-

**FEDERAL COURT PROOF OF SERVICE**
File No. 24897-226

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

    At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, California 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    On March 18, 2009, I served the following document(s): [PROPOSED] ORDER AND JUDGMENT OF DISMISSAL OF ENTIRE ACTION

    I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

James E. Muller, Esquire
3435 Wilshire Boulevard,
 Suite 2900
Los Angeles, California 90010-2015
213-381-3299
213-381-3581 (facsimile)
Attorney for Plaintiffs

    The documents were served by the following means:

[X]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on March 18, 2009, at San Bernardino, California.

_____
SHARON DENISE MOORE

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130